UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Jerald Johnson**<br>**Claimant** | CIVIL ACTION |
| v. | NO.: |
| **ENI US Operating Co., Inc.**<br>**Defendant** | SECTION: |
| | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The complaint of Jerald Johnson, through undersigned counsel, with respect represents:

I.

**Jerald Johnson**, claimant in the above captioned matter, is a competent adult and a resident of Lafourche Parish, State of Louisiana.

II.

**ENI US Operating Co., Inc**., named defendant herein, is a Delaware corporation licensed and doing business in the State of Louisiana appointing C.T. Corporate Systems, 5615 Corporate Blvd., Suite 400B, Baton Rouge, Louisiana 70808 as it agent for service of process in the State of Louisiana. Said corporation is vicariously liable for the negligence of its employees pursuant to the doctrine of respondeat superior.

### III.

**Steadfast Insurance Company**, named as an additional defendant herein, is a foreign insurance corporation licensed and doing business in the State of Louisiana, appointing the honorable Thomas Schedler, secretary of state, as it agent for service of process herein, who at all times material hereto, issued a liability insurance policy to ENI US Operating Co. Inc. which was in full force and effect.  Said insurer is being sued pursuant to the provisions of the Louisiana Direct Action Statute, 22:1269.

### IV.

Jurisdiction of this court is invoked herein pursuant to the Outer Continental Shelf Lands Act, 43 U.S.C. §1331 et seq. and Diversity of Citizenship, 28 U.S.C. §1332.

### V.

At all times pertinent hereto, defendant, ENI US Operating Co., Inc. owned, manned and operated an offshore drilling structure identified as the "Devil's Tower" which was located in Block 773, Mississippi Canyon of the Gulf of Mexico.  Said location is approximately 140 miles southeast of New Orleans, Louisiana.

### VI.

On August 6, 2010, claimant, Jerald Johnson, was seriously injured while working on the "Devil's Tower".  Claimant avers that the negligence of ENI US Operating Co. employees caused him to fall from an exterior stairwell located on the production side of the offshore structure.

### VII.

As a result of the August 6, 2010 accident, claimant, Jerald Johnson, sustained serious injuries resulting in surgery to his shoulder, mental suffering, loss of wages, loss of wage earning

capacity, loss of fringe benefits, permanent disability, medical expenses and loss of enjoyment of life.

## VIII.

Claimant, Jerald Johnson, sues defendant, ENI US Operating Co., Inc. for the sum of One Million Dollars ($1,000,000.00) plus legal interest and costs.

## IX.

Claimant, Jerald Johnson, prays for trial by jury.

WHEREFORE, claimant, Jerald Johnson, prays that this complaint be filed and a copy served on the named defendants, that they be cited to appear and answer same and after due proceedings had there be judgement herein in favor of Jerald Johnson and against ENI US Operating Co., Inc. for the full and true sum of One Million Dollars ($1,000,000.00) together with legal interest from the date of judicial demand plus costs of these proceedings. Claimant further prays for trial by jury and all general and equitable relief allowed by law.

          Respectfully submitted,
          BARKER, BOUDREAUX, LAMY & FOLEY

          s/Timothy K. Lamy
          TIMOTHY K. LAMY, 17015
          228 St. Charles Avenue, Suite 1110
          New Orleans, Louisiana 70130
          (504) 586-9395

**PLEASE SERVE**

ENI US Operating Co., Inc.
through its Agent for Service of Process
C.T. Corporate System
5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808


Steadfast Insurance Company
through its agent for service of process
Honorable Thomas Schedler
Secretary of State, State of Louisiana
State Capitol Building
Baton Rouge, Louisiana